B1 (Official Form 1)(04/13)

| **United States Bankruptcy Court**<br>**Western District of North Carolina** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**G & K Enterprises, Co., LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**56-2075360** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1212 Charlottetowne Avenue**<br>**Charlotte, NC**<br>ZIP Code **28204** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Mecklenburg** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 3278**<br>**Rock Hill, SC**<br>ZIP Code **29732** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | G & K Enterprises, Co., LLC |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:  - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **G & K Enterprises, Co., LLC** |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ James H. Henderson**
Signature of Attorney for Debtor(s)

**James H. Henderson 13536**
Printed Name of Attorney for Debtor(s)

**The Henderson Law Firm**
Firm Name

**1201 Harding Place**
**Charlotte, NC 28204**

_____
Address

**Email: henderson@title11.com**
**704.333.3444  Fax: 704.333.5003**
Telephone Number

**March 6, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David R. Kaveh**
Signature of Authorized Individual

**David R. Kaveh**
Printed Name of Authorized Individual

**Member/Manager**
Title of Authorized Individual

**March 6, 2015**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re   **G & K Enterprises, Co., LLC**                               Case No.
                                      Debtor(s)                       Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **C L Helt Architect Inc**<br>**1136 Greenwood Cliff**<br>**Charlotte, NC 28204** | **C L Helt Architect Inc**<br>**1136 Greenwood Cliff**<br>**Charlotte, NC 28204** | **architectural and engineering services** | **Disputed** | **15,000.00** |
| **CFJ Financial Consultants**<br>**1235 F Avenue**<br>**West Columbia, SC 29169** | **CFJ Financial Consultants**<br>**1235 F Avenue**<br>**West Columbia, SC 29169** | **Elizabeth Street analysis** | **Disputed** | **50,000.00** |
| **City of Charlotte**<br>**PO Box 1316**<br>**Charlotte, NC 28201** | **City of Charlotte**<br>**PO Box 1316**<br>**Charlotte, NC 28201** | **utility** | | **1,747.03** |
| **Duke Energy**<br>**PO Box 70515**<br>**Charlotte, NC 28272-0515** | **Duke Energy**<br>**PO Box 70515**<br>**Charlotte, NC 28272-0515** | **utility** | | **2,787.01** |
| **Ghazaleh Moghtaderi**<br>**12047 Royal Portrush Drive**<br>**Charlotte, NC 28277** | **Ghazaleh Moghtaderi**<br>**12047 Royal Portrush Drive**<br>**Charlotte, NC 28277** | **loan** | **Disputed** | **62,000.00** |
| **Jack R Christian & Associates Surveying**<br>**PO Box 185**<br>**Newell, NC 28126** | **Jack R Christian & Associates Surveying**<br>**PO Box 185**<br>**Newell, NC 28126** | **boundary survey** | **Disputed** | **750.00** |
| **K & S Wholesale Co LLC**<br>**PO Box 2982**<br>**Rock Hill, SC 29732** | **K & S Wholesale Co LLC**<br>**PO Box 2982**<br>**Rock Hill, SC 29732** | **loan** | | **25,000.00** |
| **Kelly Wascher CPA**<br>**402 Springcrest Drive**<br>**Fort Mill, SC 29715** | **Kelly Wascher CPA**<br>**402 Springcrest Drive**<br>**Fort Mill, SC 29715** | **accounting services** | **Disputed** | **1,862.50** |
| **M J Namine**<br>**8937 Houston Ridge Road**<br>**Charlotte, NC 28277** | **M J Namine**<br>**8937 Houston Ridge Road**<br>**Charlotte, NC 28277** | **loans** | **Disputed** | **100,000.00** |
| **Mecklenburg County Tax Collector**<br>**Tax Bankruptcy Section**<br>**PO Box 31637**<br>**Charlotte, NC 28231-1637** | **Mecklenburg County Tax Collector**<br>**Tax Bankruptcy Section**<br>**PO Box 31637**<br>**Charlotte, NC 28231-1637** | **npo** | | **16,823.89** |
| **Mike Shayeghi**<br>**501 E 21st Street**<br>**Charlotte, NC 28206** | **Mike Shayeghi**<br>**501 E 21st Street**<br>**Charlotte, NC 28206** | | | **140,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **G & K Enterprises, Co., LLC**  
  Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mr. Express LLC<br>PO Box 2982<br>Rock Hill, SC 29732 | Mr. Express LLC<br>PO Box 2982<br>Rock Hill, SC 29732 | loan | Disputed | 24,000.00 |
| Piedmont Natural Gas<br>PO Box 660920<br>Dallas, TX 75266 | Piedmont Natural Gas<br>PO Box 660920<br>Dallas, TX 75266 | utility | | 766.00 |
| Republic Services #741<br>PO Box 9001099<br>Louisville, KY 40290 | Republic Services #741<br>PO Box 9001099<br>Louisville, KY 40290 | sanitation service | | 999.06 |
| Travelers Insurance<br>PO Box 660317<br>Dallas, TX 75266 | Travelers Insurance<br>PO Box 660317<br>Dallas, TX 75266 | commercial insurance | | 2,399.52 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member/Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **March 6, 2015**          Signature **/s/ David R. Kaveh**  
                                    **David R. Kaveh**  
                                    **Member/Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Western District of North Carolina

In re    **G & K Enterprises, Co., LLC**                                    Case No.
                              Debtor(s)                                      Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member/Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 6, 2015**                    **/s/ David R. Kaveh**
                                              **David R. Kaveh**/**Member/Manager**
                                              Signer/Title

.

Behdani Realty Co LLC
1419 Elizabeth Avenue
Charlotte, NC 28204


Burt and Cordes
122 Cherokee Road Ste 1
Charlotte, NC 28207


C L Helt Architect Inc
1136 Greenwood Cliff
Charlotte, NC 28204


CFJ Financial Consultants
1235 F Avenue
West Columbia, SC 29169


City of Charlotte
PO Box 1316
Charlotte, NC 28201


CommunityOne Bank N A
PO Box 1328
Asheboro, NC 27204-1328


Cuisine Malaya
1411 Elizabeth Avenue
Charlotte, NC 28204


D-Railed
1425 Elizabeth Avenue
Charlotte, NC 28204


David Kaveh
12047 Royal Portrush Drive
Charlotte, NC 28277


Duke Energy
PO Box 70515
Charlotte, NC 28272-0515


Employment Security Commission of NC
PO Box 26504
Raleigh, NC 27611

Fortune Cookie
1208 Charlottetowne Avenue
Charlotte, NC 28204


Ghazaleh Moghtaderi
12047 Royal Portrush Drive
Charlotte, NC 28277


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Jack R Christian & Associates Surveying
PO Box 185
Newell, NC 28126


K & S Wholesale Co LLC
PO Box 2982
Rock Hill, SC 29732


Kelly Wascher CPA
402 Springcrest Drive
Fort Mill, SC 29715


M J Namine
8937 Houston Ridge Road
Charlotte, NC 28277


McCoy Law Firm
378 E Main Street
Rock Hill, SC 29730


Mecklenburg County Tax Collector
Tax Bankruptcy Section
PO Box 31637
Charlotte, NC 28231-1637


Mike Shayeghi
501 E 21st Street
Charlotte, NC 28206


Mr. Express LLC
PO Box 2982
Rock Hill, SC 29732

NC Department of Revenue
Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602


Peter N Carlino
6753-A Fairview Road
Charlotte, NC 28210


Piedmont Natural Gas
PO Box 660920
Dallas, TX 75266


Red Sea
1206 Charlottetowne Avenue
Charlotte, NC 28204


Republic Services
PO Box 219
Pineville, NC 28134


Republic Services #741
PO Box 9001099
Louisville, KY 40290


Reza Kaveh
PO Box 2982
Rock Hill, SC 29732


Scott A Shail Substitute Trustee
Parker Poe Adams  Bernstein LLP
401 S Tryon Street Ste 3000
Charlotte, NC 28202


Securities and Exchange Commission
Office of Reorganization
950 E Paces Ferry Road Ste 900
Atlanta, GA 30326-1382


Shahrokh Lavasoni
11024 Balboa Blvd Ste 618
Granada Hills, CA 91344

```
Shiraz Grill dba City Deli
1421 Elizabeth Avenue
Charlotte, NC 28204


Shiraz Grill dba Shiraz Pizza
1200-1204 Charlottetowne Drive
Charlotte, NC 28204


Travelers Insurance
PO Box 660317
Dallas, TX 75266


Tryon Auto Mall
3217 N Tyron Street
Charlotte, NC 28206


U S Attorney's Office
227 West Trade Street Ste 1650
Charlotte, NC 28202
```

# United States Bankruptcy Court
## Western District of North Carolina

In re   **G & K Enterprises, Co., LLC**                                   Case No.
                            Debtor(s)                                     Chapter     **11**


# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **G & K Enterprises, Co., LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


| | |
|---|---|
| **March 6, 2015** | **/s/ James H. Henderson** |
| Date | **James H. Henderson 13536** |
| | Signature of Attorney or Litigant |
| | Counsel for   **G & K Enterprises, Co., LLC** |
| | **The Henderson Law Firm** |
| | **1201 Harding Place** |
| | **Charlotte, NC 28204** |
| | **704.333.3444 Fax:704.333.5003** |
| | **henderson@title11.com** |

**United States Bankruptcy Court**
**Western District of North Carolina**

In re   **G & K Enterprises, Co., LLC**                                                 Case No.
                                    Debtor(s)                                           Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **David R. Kaveh**, declare under penalty of perjury that I am the **Member/Manager** of **G & K Enterprises, Co., LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **David R. Kaveh**, **Member/Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **David R. Kaveh**, **Member/Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **David R. Kaveh**, **Member/Manager** of this Corporation is authorized and directed to employ **James H. Henderson 13536**, attorney and the law firm of **The Henderson Law Firm** to represent the corporation in such bankruptcy case."

Date _____          Signed _____
                                                              **David R. Kaveh**

Resolution of Board of Directors
of
**G & K Enterprises, Co., LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **David R. Kaveh**, **Member/Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **David R. Kaveh, Member/Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **David R. Kaveh, Member/Manager** of this Corporation is authorized and directed to employ **James H. Henderson 13536**, attorney and the law firm of **The Henderson Law Firm** to represent the corporation in such bankruptcy case.

Date _____    Signed _____
                                                **David R. Kaveh, Member/Manager**

Date _____    Signed _____